**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

SPARTAN HOLDCO, LLC, a Delaware
limited liability company,

      Plaintiff,

v.                                                                                   CASE NO. 2:10-cv-91-FtM-36DNF

CHEEBURGER CHEEBURGER
RESTAURANTS, INC., a Florida
corporation,

      Defendant.
_____/
CHEEBURGER CHEEBURGER
RESTAURANTS, INC., a Florida corporation,

      Third-Party Plaintiff,

v.

BWAY, LLC, a New York limited liability
company,

      Third-Party Defendant.
_____/

**ORDER**

    **THIS CAUSE** comes on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Douglas Frazier on November 18, 2011 (Dkt. 101). The Magistrate Judge recommends that the Court deny Cheeburger Cheeburger Restaurants, Inc.'s ("Cheeburger") Motion for Attorney's Fees and Costs (Dkt. 98). Further, the Magistrate Judge recommends that the Court deny the Alternative Motion to Award Fees and Costs of Spartan Holdco, LLC ("Spartan") and BWAY, LLC ("BWAY") (Dkt. 99). No party filed an objection to the Report and Recommendation, and the time to do so has expired.

After an independent review of the record in this matter, the Court agrees with the determinations in the Report and Recommendation. *See* 28 U.S.C. §636(b)(1). As such, the Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation (Dkt. 101) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2. Cheeburger's Motion for Attorney's Fees and Costs (Dkt. 98) is **DENIED**.

3. Spartan and BWAY's Alternative Motion to Award Fees and Costs (Dkt. 99) is **DENIED**.

**DONE AND ORDERED** at Ft. Myers, Florida, on December 5, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
UNITED STATES MAGISTRATE JUDGE DOUGLAS N. FRAZIER
COUNSEL OF RECORD